IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25–8–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| FRANCO MIJAEL VERA QUISPE, | |
| Defendant. | |

The United States has moved to dismiss the Indictment in this matter without prejudice as Defendant has been removed to Peru under the Bail Reform Act. (Doc. 27.) Counsel for Defendant does not oppose the United States' motion. (*Id.* at 2.)

Accordingly, IT IS ORDERED that the motion (Doc. 27) is GRANTED. The Indictment in this matter is DISMISSED without prejudice. All remaining dates and deadlines are hereby vacated.

DATED this 26th day of June, 2025.

Dana L. Christensen, District Judge
United States District Court

1